UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | CR 09-10 JMR/FLN |
| Plaintiff, | |
| v. | O R D E R |
| Nakia Desshaune Neal, | |
| Defendant. | |

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated January 13, 2010, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Defendant's motion to suppress evidence obtained as a result of search and seizure [#9] is DENIED;

2. Defendant's motion to suppress statements, admissions and answers [#10] is DENIED; and

3. Defendant's motion to suppress eyewitness identifications is DENIED [#18].


DATED: February 3, 2010.        s/James M. Rosenbaum
at Minneapolis, Minnesota        JUDGE JAMES M. ROSENBAUM
                                 United States District Court